**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jean Claude OSCAR, Defendant–**
**Appellant.**

**No. 00–6993.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Jean Claude Oscar, pro se. Robert Joseph Seidel, Jr., Assistant United States Attorney, Arenda L. Wright Allen, Assistant United States Attorney, Kevin Michael Comstock, Office of the United States Attorney, Norfolk, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Jean Claude Oscar seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Oscar,* Nos. CR–93–131; CA–00–54–2 (E.D. Va. July 7 & July 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*